IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODUM USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BED BATH & BEYOND INC., <br><br> Defendant. | No. 13-cv-08812 |

## JOINT STIPULATION TO DISMISS PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff Bodum USA, Inc. ("Bodum"), by its undersigned counsel, and Defendant Bed Bath & Beyond Inc. ("BB&B"), by its undersigned counsel, stipulate and agree as follows:

1. Pursuant to a confidential written Settlement and Release Agreement, all claims in this case should be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 2, 2015

| | Respectfully submitted, |
|---|---|
| BED BATH & BEYOND, INC. | BODUM USA, INC. |
| By: /s/ Jason C. White <br> One of Its Attorneys | By: /s/ David E. Bennett <br> One of Its Attorneys |
| Jason C. White, Esq. <br> Benjamin P. Carr, Esq. <br> MORGAN, LEWIS & BOCKIUS LLP <br> 77 West Wacker Drive, Suite 500 <br> Chicago, IL 60601 <br> (312) 324-1000 <br> *Attorneys for Defendant* | David E. Bennett <br> Robert Rigg <br> Jeremy R. Heuer <br> Vedder Price P.C. <br> 222 North LaSalle Street, Suite 2600 <br> Chicago, IL 60601-1003 <br> (312) 609-7500 <br> *Attorneys for Plaintiff* |

CHICAGO/#2690027.1